UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NORTH BAY GENERAL HOSPITAL, INC. | § | CASE NO. 08-20368 |
| | § | (CHAPTER 11) |
| DEBTOR. | § | |
| NORTH BAY GENERAL HOSPITAL, INC. | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | ADVERSARY NO. 08-03422 |
| | § | |
| THOMAS MCNAULL, Individually; | § | |
| WALKER WILCOX MATOUSEK TEXAS, | § | |
| P.C. f/k/a MCCLAIN & PATCHIN, P.C.; | § | |
| ARENT FOX, LLC; SCHUYLER G. | § | |
| CARROLL, BARNET B. SKELTON, | § | |
| JR., P.C., CLEAR THINKING | § | |
| GROUP, LLC, JOSEPH MYERS, | § | |
| ALLIANCE HEALTHCARE SERVICES, | § | |
| INC..F/K/A ALLIANCE IMAGING, INC. | § | |
| and DANIEL F. PATCHIN | § | |
| Defendants. | § | |

**APPENDIX OF NORTH BAY GENERAL HOSPITAL, INC.'S EXHIBITS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST <u>DANIEL F. PATCHIN</u>**

| **Appendix No.** | **Document Description** |
|---|---|
| 1a. | AMT Houston Healthcare, Inc.'s Articles of Incorporation filed with the Texas Secretary of State |
| 1b. | North Bay General Hospital, Inc.'s Articles of Incorporation filed with the Texas Secretary of State |
| 1c. | Lancaster General Hospital, Inc.'s Articles of Incorporation filed with the Texas Secretary of State |
| 2. | Watt's March 31, 2005 at 8:50 a.m. e-mail to Patchin |
| 2. | Patchin's March 31, 2005 at 11:17 a.m. e-mail to Watt |
| 3. | Intentionally Left Blank |
| 4. | Patchin's April 6, 2005 at 5:26 p.m. e-mail to McNaull, M. Leppert |
| 5. | Watt's April 8, 2005 at 4:22 p.m. e-mail to Patchin, Leppert, B. Herrin |
| 5. | Patchin's April 11, 2005 at 10:20 a.m. e-mail to Watt, Leppert |
| 6. | Christopher Giaimo's (Arent Fox) May 5, 2005 letter to Patchin, Carroll |
| 7. | Patchin's May 20, 2005 at 5:04 p.m. e-mail to Carroll |
| 8. | Patchin's July 11, 2005 at 10:08 p.m. e-mail from to McNaull |
| 9. | Carroll's November 28, 2005 letter to Patchin |
| 10. | Patchin's May 10, 2006 at 11:04 a.m. e-mail to McNaull |

1

| Appendix No. | Document Description |
|---|---|
| 11. | Patchin's May 15, 2006 at 4:56 p.m. e-mail to McNaull |
| 12. | Patchin's May 24, 2006 at 12:03 p.m. e-mail to Roy |
| 12. | Patchin's May 17, 2006 at 3:49 p.m. e-mail to Rothleder, McNaull |
| 13. | Patchin's May 17, 2006 at 12:06 p.m. e-mail to McNaull |
| 14. | Patchin's October 6, 2006 at 5:20 a.m. e-mail to McNaull |
| 15. | Catmull's October 19, 2006 at 5:02 p.m. e-mail to Patchin |
| 16. | Patchin's November 6, 2006 at 9:16 a.m. e-mail to McNaull |
| 17. | Patchin's November 9, 2006 at 2:57 a.m. e-mail to McNaull, B. Vera |
| 17. | McNaull's November 10, 2006 at 9:52 a.m. e-mail to Patchin |
| 17. | Patchin's November 10, 2006 at 5:01 p.m. e-mail to McNaull, D. McClain, J. Schmitt |
| 17. | Patchin's November 16, 2006 at 10:43 a.m. e-mail to McNaull |
| 18. | Silfen's January 16, 2007 at 8:26 p.m. e-mail to Patchin, McNaull |
| 18. | Patchin's January 16, 2007 at 9:23 p.m. e-mail to Silfen |
| 19. | Patchin's January 16, 2007 at 9:40 p.m. e-mail to McNaull |
| 20. | Patchin's January 17, 2007 at 9:35 a.m. e-mail to Silfen, McNaull |
| 20. | Silfen's January 17, 2007 at 8:40 a.m. e-mail to Patchin, McNaull, Skelton, Carroll, Rothleder |
| 20. | Patchin's January 17, 2007 at 8:49 e-mail to McNaull |
| 21. | Silfen's January 17, 2007 at 9:27 a.m. e-mail to Patchin, McNaull, Skelton, Carroll, Rothleder |
| 21. | Patchin's January 17, 2007 at 9:30 a.m. e-mail to Silfen, McNaull |
| 22. | Patchin's January 17, 2007 at 9:39 a.m. e-mail to McNaull |
| 23. | Silfen's January 17, 2007 at 9:44 a.m. e-mail to Patchin, McNaull |
| 23. | Patchin's January 17, 2007 at 10:10 a.m. e-mail to Silfen, McNaull |
| 24. | Patchin's January 17, 2007 at 10:15 a.m. e-mail to Silfen |
| 25. | Patchin's January 17, 2007 at 10:17 a.m. e-mail to Silfen |
| 26. | Patchin's January 17, 2007 at 10:19 a.m. e-mail to McNaull |
| 27. | Patchin's January 17, 2007 at 10:23 a.m. e-mail to McNaull |
| 28. | Silfen's January 17, 2007 at 10:42 a.m. e-mail to Patchin, McNaull, Rothleder, Carroll |
| 28. | Patchin's January 17, 2007 at 11:02 a.m. e-mail to McNaull |
| 29. | Silfen's January 17, 2007 at 11:07 a.m. e-mail to Patchin, McNaull, Carroll, Rothleder, Skelton |
| 29. | Patchin's January 17, 2007 at 1:16 p.m. e-mail to Silfen, McNaull |
| 29. | Silfen's January 17, 2007 at 12:21 p.m. e-mail to Patchin, McNaull, Carroll, Rothleder |
| 29. | Patchin's January 17, 2007 at 12:37 p.m. e-mail to McNaull |
| 30. | Silfen's January 17, 2007 at 12:54 p.m. e-mail to Patchin |
| 30. | Patchin's January 17, 2007 at 1:15 p.m. e-mail to Silfen |
| 31. | Silfen's January 17, 2007 at 1:14 p.m. e-mail to Patchin |
| 31. | Patchin's January 17, 2007 at 2:43 p.m. e-mail to Silfen, McNaull |
| 31. | Silfen's January 17, 2007 at 1:48 p.m. e-mail to Patchin, McNaull, Skelton, Rothleder |
| 31. | Patchin's January 17, 2007 at 1:55 p.m. e-mail to McNaull |

20080436.20080436/545791.1

| Appendix No. | Document Description |
|---:|---|
| 32. | Silfen's January 18, 2007 at 7:39 a.m. e-mail to Patchin, Skelton, Rothleder |
| 33. | Patchin's February 1, 2007 at 11:26 a.m. e-mail to McNaull |
| 34. | Skelton's February 2, 2007 at 8:18 a.m. e-mail to Patchin, Silfen |
| 34. | Patchin's February 2, 2007 at 8:59 p.m. e-mail to McNaull |
| 35. | Skelton's February 5, 2007 at 8:18 a.m. e-mail to Patchin |
| 35. | Patchin's February 12, 2007 at 2:23 p.m. e-mail to Skelton |
| 36. | D. Sanders' February 21, 2007 letter to North Bay, Patchin, Nancy Vasquez-Perez |
| 37. | Patchin's February 26, 2007 at 10:29 a.m. e-mail to McNaull, S. Marshall, K. Zepp |
| 38. | Rothleder's March 1, 2007 at 3:52 p.m. e-mail to Patchin, Silfen, Carroll |
| 38. | Patchin's March 1, 2007 at 4:00 p.m. e-mail to McNaull |
| 39. | Patchin's March 13, 2007 at 2:40 p.m. e-mail to McNaull |
| 40. | Rothleder's March 29, 2007 letter to Patchin, Silfen, Carroll |
| 41. | Rothleder's August 7, 2007 at 3:47 p.m. e-mail to Patchin, Carroll |
| 41. | Patchin's August 7, 2007 at 3:49 p.m. e-mail to McNaull |
| 42. | Catmull's August 7, 2007 at 10:13 e-mail to Patchin |
| 42. | Patchin's August 7, 2007 at 10:25 a.m. e-mail to McNaull |
| 43. | Mayer's August 31, 2007 at 10:11 a.m. e-mail to Catmull |
| 44. | Rothleder's September 25, 2007 at 10:32 a.m. e-mail to Patchin, Khan, Carroll |
| 44. | Carroll's October 2, 2007 at 3:12 p.m. e-mail to Rothleder, Patchin, Khan |
| 44. | Patchin's October 2, 2007 at 4:15 p.m. e-mail to McNaull, Khan |
| 44. | Khan's October 3, 2007 at 10:33 a.m. e-mail to Patchin |
| 44. | Patchin's October 3, 2007 at 10:40 a.m. e-mail to Khan |
| 45. | Patchin's October 30, 2007 at 3:49 p.m. e-mail to Khan, McNaull |
| 45. | Khan's November 1, 2007 at 7:53 a.m. e-mail to Patchin |
| 45. | Phillip's November 1, 2007 at 8:50 a.m. e-mail to Patchin, Khan |
| 46. | Patchin's November 14, 2007 at 10:12 a.m. e-mail to McNaull, Khan |
| 47. | Rothleder's December 4, 2007 letter to Patchin, Carroll, Khan |
| 48. | Patchin's December 4, 2007 at 3:51 p.m. e-mail to McNaull |
| 49. | Patchin's December 17, 2007 at 3:04 p.m. e-mail to Khan |
| 49. | Khan's December 18, 2007 at 10:11 a.m. e-mail to Patchin |
| 49. | Patchin's December 18, 2007 at 11:58 a.m. e-mail to Khan |
| 49. | Patchin's December 18, 2007 at 11:13 a.m e-mail to Khan |
| 50. | Rothleder's December 27, 2007 letter to Patchin, Carroll |
| 51. | Patchin's January 14, 2008 at 3:30 p.m. e-mail to Rothleder, McNaull |
| 51. | Rothleder's January 14, 2008 at 3:08 p.m. e-mail to Patchin |
| 51. | Patchin's January 15, 2008 at 10:28 a.m. e-mail to McNaull |
| 52. | Patchin's January 29, 2008 at 9:40 a.m. e-mail to McNaull |
| 53. | Patchin's April 28, 2008 at 6:08 p.m. e-mail to McNaull |
| 54. | D. Killen's May 5, 2008 at 12:10 p.m. e-mail to Patchin, B. Ruzinsky |
| 55. | Patchin's May 27, 2008 at 11:40 a.m. e-mail to J. Stacy, M. Austin, McNaull |

| **Appendix No.** | **Document Description** |
|---|---|
| 56. | SpecialCare Complaint without exhibits attached; Final Judgment and Writ of Execution |
| 57. | Silfen's January 17, 2007 at 12:08 p.m. e-mail to Patchin, McNaull, Carroll, Rothleder, Skelton |
| 57. | Silfen's January 17, 2007 at 11:11 a.m. e-mail to Patchin |
| 58. | Certified Copy of Case Summary in Merit Lancaster LP v. Lancaster General; Order Granting Motion to Abate; and Order to Clerk to Administratively Close Case. |
| 59. | Arent Fox's discovery requests regarding the fee dispute |

Respectfully submitted this 28th day of May, 2009.

        HIRSCH & WESTHEIMER, P.C.

        By: /s/ Michael J. Durrschmidt
          Michael J. Durrschmidt
          Admissions No. 4720
          State Bar No. 06287650
          25th Floor, Bank of America Center
          700 Louisiana
          Houston, Texas 77002
          Telephone: (713) 220-9165
          Telecopier: (713) 223-9319

        ATTORNEYS FOR NORTH BAY GENERAL HOSPITAL, INC.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by first class mail, postage prepaid, facsimile and/or electronic mail by the Clerk of the Court via the ECM system, as listed below and on the attached service list on May 28, 2009.

ATTORNEYS FOR UCA AND ARENT FOX, LLP:

Susan Hardie Jacks
MehaffyWeber, PC
500 Dallas, Suite 1200
Houston, Texas 77002
susanjacks@mehaffyweber.com


ATTORNEY FOR BARNET B. SKELTON, JR., P.C.:

Barnet B. Skelton, Jr.
Barnet B. Skelton, Jr., PC
1111 Bagby, 47th Floor
Houston, Texas 77002
barnetbjr@msn.com


ATTORNEYS FOR WALKER WILCOX AND DANIEL PATCHIN:

Daniel F Patchin
Walker Wilcox Matousek LLP
711 Louisiana Street, Suite No. 3100
South Tower Pennzoil Place
Houston, TX 77002
dpatchin@wwmlawyers.com

Allison Standish Miller
Cruse, Scott, Henderson & Allen LLP
2777 Allen Parkway, 7th Floor
Houston, Texas  77019
amiller@crusescott.com

Billy Shepherd
Cruse, Scott, Henderson & Allen LLP
2777 Allen Parkway, 7th Floor
Houston, Texas  77019
bshepherd@crusescott.com

ATTORNEYS FOR THOMAS McNAULL:

John A. Christy
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, Suite 800
Atlanta, Georgia 30309-4516
jchristy@swfllp.com

Ferdinand P Cribbs, Jr
Wilson Cribbs et al
2500 Fannin
Houston, TX 77002
fpcribbs@wcglaw.net

Scott D McAlpine
Schreeder Wheeler Flint LLP
1100 Peachtree Street, Ste 800
Atlanta, GA 30309
smcalpine@swfllp.com

ATTORNEYS FOR CLEAR THINKING GROUP, LLC:

F. Teresa Garcia-Reyes
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4200
Houston, TX 77002
tgarcia-reyes@morganlewis.com

Neil E. Herman, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
nherman@morganlewis.com

ATTORNEYS FOR JOSEPH MYERS:

Lynn Chuang Kramer
Randy Rios
Munsch Hardt Kopt & Harr
700 Louisiana, Suite 4600
Houston, Texas 77002
lkramer@munsch.com
rrios@munsch.com

6

ATTORNEYS FOR ALLIANCE HEALTHCARE SERVICES, INC.:

Marcy Kurtz
Jason Cohen
Bracewell & Giuliani
711 Louisiana, Suite 2300
Houston, Texas 77002
Marcy.kurtz@bgllp.com
Jason.cohen@bgllp.com